IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RENA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-16-773-W |
| | ) | |
| CRUSH ENTERPRISES, INC. d/b/a | ) | |
| JAN-PRO CLEANING SYSTEMS and | ) | |
| SOUTHWEST AMBULATORY | ) | |
| SURGERY CENTER, LLC d/b/a | ) | |
| OKLAHOMA CENTER FOR | ) | |
| ORTHOPAEDIC & MULTI-SPECIALTY | ) | |
| SURGERY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the Court's Order entered this date, the Court DISMISSES the claims of plaintiff Rena Thomas seeking relief against defendant Southwest Ambulatory Surgery Center, LLC d/b/a Oklahoma Center for Orthopaedic & Multi-Specialty Surgery, LLC ("OCOM"), under Title VII of the Civil Rights Act ("Title VII"), as amended, 42 U.S.C. § 2000e et seq., and the Oklahoma Anti-Discrimination Act ("OADA"), 25 O.S. § 1101 et seq., for discrimination, harassment and retaliation and further GRANTS judgment as a matter of law in OCOM's favor on Thomas' claims for discrimination, harassment and retaliation seeking relief under title 42, section 1981 of the United States Code and (if exhaustion has occurred) in OCOM's favor on Thomas' Title VII and OADA claims for discrimination, harassment and retaliation.

The Court DISMISSES Thomas' Title VII and OADA claims for harassment asserted against defendant Crush Enterprises, Inc. d/b/a Jan-Pro Cleaning Systems

("Jan-Pro"), and further GRANTS judgment as a matter of law in Jan-Pro's favor on Thomas' claims seeking relief under Title VII and OADA for discrimination and retaliation and (if exhaustion has occurred as to Thomas' Title VII and OADA claims for harassment) GRANTS judgment in Jan-Pro's favor on these claims as well.

DATED and ENTERED at Oklahoma City, Oklahoma, this 30th day of August, 2017.

/s/ Lee R. West
LEE R. WEST
UNITED STATES DISTRICT JUDGE